David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com
*Attorney for Plaintiff, SHERRY J. SIMMS*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| SHERRY J. SIMMS, <br><br> Plaintiff, <br><br> v. <br><br> BELLCO CREDIT UNION; CLEARVIEW FEDERAL CREDIT UNION; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC, <br><br> Defendants. | Case No. 2:16-cv-01137-RFB-PAL <br><br> **STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE AS TO BELLCO CREDIT UNION ONLY** |

Plaintiff SHERRY J. SIMMS and BELLCO CREDIT UNION hereby stipulate and agree that the above-entitled action shall be dismissed with prejudice

…

…

…

…

…

…

in accordance with Fed. R. Civ. P. 41 (a)(2) as to, and **ONLY as to, BELLCO CREDIT UNION**. Each party shall bear its own attorney's fees, prejudgment interest, and costs of suit.

Dated: October 11, 2016

| By: | By: |
|---|---|
| /s/David H. Krieger, Esq. | /s/ Ryan A. Loosvelt, Esq. |
| David H. Krieger, Esq. | Ryan A. Loosvelt |
| Nevada Bar No. 9086 | Holland & Hart LLP |
| HAINES & KRIEGER, LLC | 9555 Hillwood Drive, 2nd Floor |
| 8985 S. Eastern Avenue | Las Vegas, NV 89134 |
| Suite 350 | |
| Henderson, Nevada 89123 | *Attorney for Defendant Bellco Credit Union* |
| *Attorney for Plaintiff* | |

## ORDER

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED this 21st day of October, 2016.