1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

SHERRY J. SIMMS,

                              Plaintiff,

     v.

BELLCO CREDIT UNION, et al.

                              Defendants.

Case No. 2:16-cv-01137-RFB-PAL

ORDER

Before the court is the Notice of Settlement Between Plaintiff and Defendant Experian Information Solutions, Inc. (ECF No. 29).  The parties advise that a settlement has been reached and that a stipulation to dismiss should be filed within 60 days.  Accordingly,

**IT IS ORDERED** that Plaintiff and Defendant Experian Information Solutions, Inc. shall have until **March 20, 2017,** to file a stipulation to dismiss, or a joint status report advising when the stipulation will be filed.

DATED this 19th day of January, 2017.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

1